Kevin M. Osterberg (Bar No. 138760)
  *KOsterberg@hbblaw.com*
HAIGHT BROWN & BONESTEEL LLP
3880 Lemon Street, Suite 410
Riverside, California 92501
Telephone: 951.341.8300
Facsimile: 951.341.8309

Attorneys for DEFENDANT,
CHRISTOPHER R. HAYS

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE WILSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER R. HAYS; CITY OF SAN DIEGO,<br><br>　　　　Defendants. | Case No. 16CV1161 BAS (DHB)<br><br>**JOINT MOTION TO EXTEND TIME FOR DEFENDANT CHRISTOPHER R. HAYS TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT PURSUANT TO STIPULATION**<br><br>Judge: Hon. Cynthia Bashant<br>Crtrm: 4B |

**TO THIS HONORABLE COURT:**

**PLEASE TAKE NOTICE** that pursuant to Civ.L.R. 12.1, Plaintiff MELANIE WILSON, and Defendant CHRISTOPHER R. HAYS, through their respective attorneys of record, stipulate and bring this Joint Motion to allow Defendant CHRISTOPHER R. HAYS an extension of time to respond to Plaintiff's Second Amended Complaint for the following reasons, and good cause:

1.　The Court issued its' Order Granting Defendant Christopher Hays' Motion to Dismiss on April 19, 2017. (Doc. 30)  Plaintiff was given leave to file a Second Amended Complaint on or before May 3, 2017.

CH49-0000004
12303952.1

1

Case No. 16CV1161 BAS (DHB)
Joint Motion to Extend Time for Defendant
Christopher R. Hays to Respond to Plaintiff's
Second Amended Complaint Pursuant to Stipulation

2. Plaintiff filed her Second Amended Complaint on May 3, 2017, setting forth one cause of action against Defendant Hays for violation of 42 U.S.C. 1983, and one cause of action against Defendant City of San Diego pursuant to *Monell v. Department of Social Services* 436 U.S. 658 (1978). Defendant Hays' response to the Second Amended Complaint was due to be filed and served on or before May 17, 2017.

3. On May 15, 2017, the Parties attended a mediation with Judge Dickran Tevrizian (Ret.) of JAMS. A tentative settlement of the entire action was reached, which is subject to approval by the San Diego City Council.

4. In light of the pending tentative settlement of the entire action, Plaintiff Wilson and Defendant Hays, by and through their respective attorneys of record, hereby stipulate to extend the time for Defendant Hays to respond to the Second Amended Complaint up to and including fourteen (14) days after the date set for the San Diego City Council to consider, and approve, or deny, the tentative settlement. The parties agree to update the Court once the date is set for the San Diego City Council to consider the tentative settlement.

5. In the event the Court denies this Joint Motion, Defendant HAYS will respond to the Second Amended Complaint on or before fourteen (14) days after the Court issues its' ruling on this Joint Motion.

///
///
///
///
///
///
///
///

CH49-0000004
12303952.1

2

Case No. 16CV1161 BAS (DHB)
Joint Motion to Extend Time for Defendant
Christopher R. Hays to Respond to Plaintiff's
Second Amended Complaint Pursuant to Stipulation

**IT IS SO STIPULATED**.

Dated: May 17, 2017        THE GILLEON LAW FIRM

By:    /s/ James C. Mitchell
James C. Mitchell
Attorneys for Plaintiff,
MELANIE WILSON

Dated: May ___, 2017        HAIGHT BROWN & BONESTEEL LLP

By:    /s/ Kevin M. Osterberg
Kevin M. Osterberg
Attorneys for Defendant,
CHRISTOPHER R. HAYS

CH49-0000004
12303952.1

3

Case No. 16CV1161 BAS (DHB)
Joint Motion to Extend Time for Defendant
Christopher R. Hays to Respond to Plaintiff's
Second Amended Complaint Pursuant to Stipulation